Timothy J. Murphy (SBN 54200)
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California  94111-3712
Email: tmurphy@laborlawyers.com
Telephone: (415) 490-9000
Facsimile:  (415) 490-9001

Robert C. Christenson (Georgia SBN 125240)
FISHER & PHILLIPS LLP
1075 Peachtree Street NE, Ste. 3500
Atlanta, Georgia 30309
Email: bchristenson@laborlawyers.com
Telephone:    (404) 231-1400
Facsimile:    (404) 240-4249

Attorneys for Plaintiffs/Counter-Defendants
HEAVENLY HANA LLC dba
TRAVAASA HOTEL HANA,
GREEN TEA, LLC dba GREEN
TEA MANAGEMENT, LLC, and
AMSTAR-39, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| HEAVENLY HANA LLC, et. al<br><br>Plaintiffs,<br><br>v.<br><br>HOTEL UNION & HOTEL INDUSTRY OF HAWAII PENSION PLAN, et al.<br><br>Defendants. | Case No.: 3:14-cv-03743-JCS<br><br>**NOTICE TO REQUEST TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE**<br><br>CMC: February 20, 2015<br>Time: 2:00 p.m.<br><br>Complaint Filed:   August 18, 2014<br>Trial Date:             November 16, 2015 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs/Counter-Defendants HEAVENLY HANA LLC dba TRAVAASA HOTEL HANA, GREEN TEA, LLC dba GREEN TEA MANAGEMENT, LLC, and AMSTAR-39, LLC by and through their attorneys of record, Timothy J. Murphy, of

1 | Fisher Phillips LLP, files this Notice to Request to Appear Telephonically for the Case
2 | Management Conference set for February 20, 2015 at 2:00 p.m. before Magistrate Judge Joseph
3 | C. Spero, in Courtroom G, 15th Floor, of the above entitled court.

4 | DATED: February 13, 2015                    FISHER & PHILLIPS LLP

By: /s/Timothy J. Murphy
TIMOTHY J. MURPHY
ROBERT C. CHRISTONSEN
Attorneys for Plaintiffs
Heavenly Hana LLC, et al.

DAted: 2/17/15.



IT IS SO ORDERED
Judge Joseph C. Spero