Timothy J. Murphy (SBN 54200)
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111-3712
Email: tmurphy@laborlawyers.com
Telephone: (415) 490-9000
Facsimile:  (415) 490-9001

Robert C. Christenson (Georgia SBN 125240)
FISHER & PHILLIPS LLP
1075 Peachtree Street NE, Ste. 3500
Atlanta, Georgia 30309
Email: bchristenson@laborlawyers.com
Telephone:     (404) 231-1400
Facsimile:     (404) 240-4249

Attorneys for Plaintiffs/Counter-Defendants
HEAVENLY HANA LLC dba
TRAVAASA HOTEL HANA,
GREEN TEA, LLC dba GREEN
TEA MANAGEMENT, LLC, and
AMSTAR-39, LLC

Elizabeth A. Lawrence (SBN 111781)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, California 94105
Email: eal@dcbsf.com
Telephone: (415) 597-7200
Facsimile:  (415) 597-7201

Attorneys for Defendant/Counterclaimant
HOTEL UNION & HOTEL INDUSTRY OF HAWAII
PENSION PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| HEAVENLY HANA LLC, et. al<br><br>Plaintiffs,<br><br>v.<br><br>HOTEL UNION & HOTEL INDUSTRY OF HAWAII PENSION PLAN, et al.<br><br>Defendants. | Case No.: 3:14-cv-03743-JCS<br><br>**CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**<br><br>Complaint Filed:  August 18, 2014<br>Trial Date:          November 16, 2015 |

Heavenly Hana, LLC dba Travaasa Hotel Hana– Plaintiff/Counter Defendant, Green Tea, LLC dba Green Tea Management, LLC – Plaintiff/Counter Defendant, Amstar-39, LLC – Plaintiff/Counter Defendant, Hotel Union – Defendant/Counterclaimant, and Hotel Industry of Hawaii Pension Plan – Defendant/Counterclaimant recognize and agree that each party possesses confidential and/proprietary business information which may be subject to discovery in this action but which should not be made available to non-parties to this action. In that regard, the parties, by their respective counsel, agree and stipulate to the entry of the following Confidentiality Agreement and Protective Order.

Pursuant to the stipulation and agreement of the parties, IT IS HEREBY ORDERED THAT:

1. The parties recognize that each party possesses confidential and proprietary information that may be subject to discovery but which should not be made available to non-parties to this action.

2. The documents produced by the parties to each other in this matter shall be treated as confidential. If a party wants to treat any document produced by the other party as a document that should not be protected under the terms of the agreement and the protective order, the party seeking non-confidential status shall contact opposing counsel to seek agreement that the document is not confidential which agreement will not be unreasonably withheld. If an agreement cannot be reached within ten (10) days, the parties will present the matter to the Court for resolution.

3. The documents produced by either party shall be revealed only to the parties, their attorneys or law firm service providers who assist in the matter. Information may be disclosed to non-party potential witnesses including experts, solely in preparation of this action for trial as long as they agree in writing to be bound by this agreement and protective order.

4. The documents produced by either party cannot be disclosed to any nonparties without the consent of the producing party except as set forth in number 3 above.

5. Any copies, extract or summaries of the documents produced by the other parties made by counsel are covered by the terms of this Confidentiality Agreement and Protective Order.

6. Within thirty (30) days of the conclusion of this matter, counsel for all parties shall return all produced documents (including any electronic storage mechanisms such as flash drives, hard drives, thumb drives, etc.) to opposing counsel or certify that all such documents (and any copies) have been destroyed.

7. Nothing in the Confidentiality Agreement and Protective Order prohibits the use of produced documents at depositions, hearings, trial or any submission to the Court.

DATED: March 20, 2015                FISHER & PHILLIPS LLP

                                     By: /s/Timothy J. Murphy
                                         TIMOTHY J. MURPHY
                                         ROBERT C. CHRISTONSEN
                                         Attorneys for Plaintiffs
                                         Heavenly Hana LLC, et al.

DATED: March 20, 2015                DAVIS, COWELL & BOWE, LLP

                                     By: /s/Elizabeth A. Lawrence
                                         ELIZABETH A. LAWRENCE
                                         Attorneys for Defendant/Counterclaimant
                                         Hotel Union & Hotel Industry of Hawaii
                                         Pension Plan

---

CONFIDENTIALITY AGREEMENT & PROTECTIVE ORDER     3:14-CV-03743-JSC     3
FPDOCS 30454263.1

1  IT IS SO STIPULATED:

3  Dated: March __25__, 2015



_____
Judge Joseph C. Spero
UNITED STATES DISTRICT
CHIEF MAGISTRATE JUDGE