Timothy J. Murphy (SBN 54200)
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111-3712
Email: tmurphy@laborlawyers.com
Telephone: (415) 490-9011
Facsimile: (415) 490-9001

Robert C. Christenson (Georgia SBN 125240)
FISHER & PHILLIPS LLP
1075 Peachtree Street NE, Ste. 3500
Atlanta, Georgia 30309
Email: bchristenson@laborlawyers.com
Telephone:   (404) 231-1400
Facsimile:   (404) 240-4249

Attorneys for Plaintiffs/Counter-Defendants
HEAVENLY HANA LLC dba
TRAVAASA HOTEL HANA,
GREEN TEA, LLC dba GREEN
TEA MANAGEMENT, LLC, and
AMSTAR-39, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| HEAVENLY HANA LLC, et. al | Case No.: 3:14-cv-03743-JCS |
|---|---|
| Plaintiffs, | **NOTICE TO REQUEST TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE** |
| v. | |
| HOTEL UNION & HOTEL INDUSTRY OF HAWAII PENSION PLAN, et al. | CMC: June 12, 2015<br>Time: 2:00 p.m. |
| Defendants. | Complaint Filed:   August 18, 2014<br>Trial Date:              November 16, 2015 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs/Counter-Defendants HEAVENLY HANA LLC dba TRAVAASA HOTEL HANA, GREEN TEA, LLC dba GREEN TEA MANAGEMENT, LLC, and AMSTAR-39, LLC by and through their attorneys of record, Timothy J. Murphy, of

1  Fisher Phillips LLP, files this Notice to Request to Appear Telephonically for the Case
2  Management Conference set for June 12, 2015 at 2:00 p.m. before Magistrate Judge Joseph C.
3  Spero, in Courtroom G, 15th Floor, of the above entitled court.
4  DATED: June 2, 2015                                FISHER & PHILLIPS LLP
5
6                                              By: /s/Timothy J. Murphy
                                                    TIMOTHY J. MURPHY
7                                                   ROBERT C. CHRISTONSEN
                                                    Attorneys for Plaintiffs
8                                                   Heavenly Hana LLC, et al.
9
10
11 Dated: 6/3/15

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA