UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEAVENLY HANA LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HOTEL UNION & HOTEL INDUSTRY OF HAWAII PENSION PLAN,<br><br>　　　　Defendant. | Case No.  14-cv-03743-JCS<br><br>**ORDER GRANTING MOTION TO COMPEL**<br><br>Re: Dkt. No. 46 |

　　　The parties have filed a Joint Letter, dated June 5, 2015, in which Plaintiffs seek to compel the deposition of non-party Eric Gill (the "Motion").   Good cause appearing, the Motion is **GRANTED**.  Mr. Gill shall sit for a four (4) hour deposition not later than **June 20, 2015**.

　　　**IT IS SO ORDERED.**

Dated: June 8, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge