1  Timothy J. Murphy (SBN 54200)
   FISHER & PHILLIPS LLP
2  One Embarcadero Center, Suite 2050
   San Francisco, California 94111-3712
3  Email: tmurphy@laborlawyers.com
4  Telephone: (415) 490-9011
   Facsimile: (415) 490-9001
5
6  Robert C. Christenson (Georgia SBN 125240)
   FISHER & PHILLIPS LLP
7  1075 Peachtree Street NE, Ste. 3500
   Atlanta, Georgia 30309
8  Email: bchristenson@laborlawyers.com
   Telephone:   (404) 231-1400
9  Facsimile:   (404) 240-4249

10 Attorneys for Plaintiffs/Counter-Defendants
   HEAVENLY HANA LLC dba
11 TRAVAASA HOTEL HANA,
12 GREEN TEA, LLC dba GREEN
   TEA MANAGEMENT, LLC, and
13 AMSTAR-39, LLC

14

15                    UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

17 | HEAVENLY HANA LLC, et. al | Case No.: 3:14-cv-03743-JCS |
18 | Plaintiffs, | **NOTICE TO REQUEST TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE** |
19 | v. | |
20 | HOTEL UNION & HOTEL INDUSTRY OF HAWAII PENSION PLAN, et al. | CMC: August 14, 2015 |
21 | | Time: 2:00 p.m. |
22 | Defendants. | Complaint Filed:   August 18, 2014 |
23 | | Trial Date:   November 16, 2015 |

24       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

25       PLEASE TAKE NOTICE that Plaintiffs/Counter-Defendants HEAVENLY HANA LLC

26 dba TRAVAASA HOTEL HANA, GREEN TEA, LLC dba GREEN TEA MANAGEMENT,

27 LLC, and AMSTAR-39, LLC by and through their attorneys of record, Timothy J. Murphy, of

28

---

**NOTICE TO REQUEST TO APPEAR TELEPHONICALLY FOR CMC**                     3:14-CV-03743-JSC
FPDOCS 30860373.1

1 | Fisher Phillips LLP, files this Notice to Request to Appear Telephonically for the Case
2 | Management Conference set for August 14, 2015 at 2:00 p.m. before Magistrate Judge Joseph
3 | C. Spero, in Courtroom G, 15th Floor, of the above entitled court.

4 | DATED: August 7, 2015        FISHER & PHILLIPS LLP

6 | By: /s/Timothy J. Murphy
   | TIMOTHY J. MURPHY
7 | ROBERT C. CHRISTONSEN
   | Attorneys for Plaintiffs
8 | Heavenly Hana LLC, et al.

10 | IT IS HEREBY ORDERED THAT Mr. Murphy shall be on phone standby and await the
11 | Court's call.
   | Dated: 8/10/15

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED AS MODIFIED" signed Judge Joseph C. Spero]*