UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEAVENLY HANA LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HOTEL UNION & HOTEL INDUSTRY OF HAWAII PENSION PLAN,<br><br>    Defendant. | Case No. 14-cv-03743-JCS<br><br>**ORDER DENYING REQUEST FOR ADDITIONAL BRIEFING AND EVIDENCE**<br><br>Re: Dkt. No. 107 |

The parties in this case waived their rights to present live testimony and stipulated to resolution of the case through a trial on the papers. The Court set a briefing schedule calling for opening briefs to be filed no later than October 21, 2015 and response briefs to be filed no later than November 18, 2015. Both parties filed briefs in accordance with that schedule. A hearing is set for February 8, 2016.

Plaintiffs and Counter-Defendants Heavenly Hana LLC, et al., notified the Court on January 25, 2016 that they "intend to provide legal authority including facts relating to matters raised in the reply memoranda at the oral argument," and offered to file such "legal authority and factual matter" by February 1, 2016. *See* Joint Letter (dkt. 107). Defendant and Counter-Claimant Hotel Union & Hotel Industry of Hawaii Pension Plan objects. *Id.*

Briefing is closed in this case. To the extent that Plaintiffs request leave to submit a supplemental brief, that request is DENIED. Accordingly, based on the format that the parties selected to resolve the case, the evidentiary record is also closed. No party may present evidence—before, at, or after oral argument—that was not included with the opening or response briefs already filed. *See* Case Management & Pretrial Order (dkt. 58) ¶ II(A)(6) (setting deadlines for filing opening and reply trial materials and ordering that "[e]vidence and objections that are not included in the filed Trial Materials will not be considered by the Court").

At the hearing, the parties may present any legal argument that supports or responds to arguments raised in the briefs, including argument based on legal authority (as opposed to evidence of facts) not cited in the briefs. Any party that believes crucial legal authorities have not been cited in the briefs may file a list of no more than five such cases or other authorities no later than February 1, 2016. Such a list may include pin citations to specific pages or parts, but may not include any argument, explanation, or description whatsoever. The parties are encouraged to refrain from exercising this option unless they believe that additional legal authority is necessary to the Court's understanding of the arguments they intend to make at the hearing.

**IT IS SO ORDERED.**

Dated: January 25, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge