UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEAVENLY HANA LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HOTEL UNION & HOTEL INDUSTRY OF HAWAII PENSION PLAN,<br><br>    Defendant. | Case No. 14-cv-03743-JCS<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED AND ORDERED THAT:

Pursuant to the Court's Findings of Fact and Conclusions of Law (Docket No. 111), judgment is hereby entered in favor of Plaintiffs-Counterdefendants Heavenly Hana LLC d/b/a Travaasa Hotel Hana, Green Tea, LLC d/b/a/ Green Tea Management, and Amstar-39 and against Defendant-Counterclaimant Hotel Union & Hotel Industry of Hawaii Pension Plan on both the Complaint for Declaratory Relief and Return of Withdrawal Liability Payments and the Counterclaim for Declaratory Relief and Injunctive Relief in this action. Plaintiffs-Counterdefendants are not liable for successor withdrawal liability and shall recover from the Defendant-Counterclaimant the amount of $372,780. Plaintiffs-Counterdefendants may seek interest through a post-judgment motion.

The Defendant-Counterclaimant shall recover nothing in this action.

**IT IS SO ORDERED.**

Dated: February 24, 2016

JOSEPH C. SPERO
Chief Magistrate Judge