```
 1  Elizabeth A. Lawrence (SBN 111781)
    DAVIS, COWELL & BOWE, LLP
 2  595 Market Street, Suite 800
    San Francisco, California 94105
 3  Telephone:   (415) 597-7200
 4  Facsimile:   (415) 597-7201
    E-mail:      eal@dcbsf.com
 5
    Attorneys for Defendant/Counterclaimant
 6  Hotel Union & Hotel Industry Of Hawaii Pension Plan

 7  Timothy Joseph Murphy (SBN 54200)
 8  FISHER & PHILLIPS LLP
    One Embarcadero Center, Suite 2050
 9  San Francisco, California 94111-3712
    Telephone:   (415) 490-9000
10  Facsimile:   (415) 490-9001
11  E-mail:      tmurphy@laborlawyers.com

12  Robert Cole Christenson
    FISHER AND PHILLIPS LLP
13  1075 Peachtree Street, NE, Suite 3500
14  Atlanta, Georgia  30309
    Tel: (404) 240-4256
15  Fax: (404) 240-4249
16  rchristenson@laborlawyers.com

17  Attorneys for Plaintiffs/Counterdefendants
    Heavenly Hana LLC dba Travaasa Hotel Hana,
18  Green Tea, LLC dba Green Tea Management, LLC
    and Amstar-39
19
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEAVENLY HANA LLC dba TRAVAASA HOTEL HANA, GREEN TEA, LLC dba GREEN TEA MANAGEMENT, LLC, and AMSTART-39, LLC, <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> HOTEL UNION & HOTEL INDUSTRY OF HAWAII PENSION PLAN, <br><br> Defendant/Counterclaimant. | Case No. 3:14-cv-03743-JCS <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME |

---

[Proposed] Order Granting Stipulated Request
For Order Changing Time
FPDOCS 31562219.1

No. 3:14-cv-03743-JCS

Having considered the parties' Stipulated Request for Order Changing Time, and for good cause shown,

**PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED** that Defendant/Counterclaimant shall file its Response to the Plaintiffs/Counterdefendants' Motion for Payment of Prejudgment and Post-Judgment Interest on Overpaid Withdrawal Liability on Thursday, April 21, 2016, and the Plaintiffs/Counterdefendants shall file their Reply on Thursday, April 28, 2016. The Court shall hear argument on the Motion for Payment on Friday, May 20, 2016 at 9:30 AM.

Dated: April 1, 2016

Joseph C. Spero
United States District
Chief Magistrate Judge

[Proposed] Order Granting Stipulated Request
For Order Changing Time
FPDOCS 31562219.1

No. 3:14-cv-03743-JCS