# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEAVENLY HANA LLC, et al., <br> Plaintiffs, <br> v. <br> HOTEL UNION & HOTEL INDUSTRY OF HAWAII PENSION PLAN, <br> Defendant. | Case No. 14-cv-03743-JCS <br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED AND ORDERED THAT:

Judgment is entered in favor of Defendant and Counterclaimant Hotel Union & Hotel Industry of Hawaii Pension Plan (the "Plan") and against Plaintiffs and Counterdefendants Heavenly Hana LLC d/b/a Travaasa Hotel Hana, Green Tea, LLC d/b/a Green Tea Management, LLC, and Amstar-39, LLC (collectively, "Amstar").

The Court finds and declares that Amstar is an "employer" within the meaning of the Multiemployer Pension Plan Amendments Act of 1980. Amstar shall pay the Plan $385,181 in withdrawal liability payments, plus prejudgment interest at the rate of 7% per annum (totaling $121,479.77 through the date of this judgment), plus post-judgment interest as specified by 28 U.S.C. § 1961.

This judgment is without prejudice to any challenge to the award of withdrawal liability and interest that Amstar may raise in arbitration, except as to issues already decided by this Court or the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: December 3, 2018

JOSEPH C. SPERO
Chief Magistrate Judge